# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLENE BLALOCK

VERSUS

SHELTER GENERAL INSURANCE
COMPANY AND FRANK M.
FLANAGAN

NO. 2022 CW 0826

MARCH 13, 2023

---

In Re:    On motion of Charlene Blalock, for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 696079.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND PENZATO, JJ.**

**APPLICATION FOR REHEARING GRANTED.** The application for
rehearing is granted for the purpose of consideration of the
writ by the newly constituted panel following the retirements of
Chief Judge Whipple and Judge McDonald.

**PMc**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT